IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PAUL CHARLES CURRIE,                      No C-09-2932 VRW (PR)

       Plaintiff,

      v                                   ORDER OF TRANSFER

CALIFORNIA DEPARTMENT OF
CORRECTIONS, et al,

       Defendant(s).
_____/

      Plaintiff, a prisoner incarcerated at California Men's Colony ("CMC") in San Luis Obispo, California, has filed a pro se civil rights complaint alleging various violations of his constitutional rights.  Plaintiff also seeks leave to proceed in forma pauperis under 28 USC section 1915.  Doc #2.

      A substantial part of the events or omissions giving rise to the claim(s) occurred in San Luis Obispo County, which lies within the venue of the Central District of California, Western Division.  See 28 USC § 84(c)(2).  Venue therefore properly lies in the Central District.  See id § 1391(b).

//

1   Accordingly, in the interest of justice and pursuant to 28
2 USC section 1406(a) IT IS ORDERED that this action be TRANSFERRED to
3 the United States District Court for the Central District of
4 California, Western Division.
5   The clerk shall transfer this matter and terminate all
6 pending motions as moot.

9   IT IS SO ORDERED.

        _____
        **VAUGHN R WALKER**
        **United States District Chief Judge**

26 G:\PRO-SE\VRW\CR.09\Currie-09-2932-transfer.wpd

**2**